1 | FRANK N. DARRAS #128904, frank@diattorney.com
2 | SUSAN B. GRABARSKY #203004, susan@diattorney.com
3 | PHILLIP S. BATHER #273236, phil@diattorney.com

**DarrasLaw**

4686 Ontario Mills Parkway, Suite 201
Ontario, California 91764
Telephone: (954) 620-8300
Facsimile: (954) 922-6864
Attorneys for Plaintiff
KRISTINA WUEST

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KRISTINA WUEST, | Case No: 2:25-CV-00170-DJC-SCR |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF SETTLEMENT |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | Date Action Filed: January 13, 2025 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated: March 5, 2025          DARRASLAW

_/s/ Phillip S. Bather_____
PHILLIP S. BATHER
Attorneys for Plaintiff